UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------

| | |
|---|---|
| LAVELLE WOODALL, | CASE NO. 1:17-cv-1289 |
| Plaintiff, | |
| vs. | OPINION & ORDER |
| | [Resolving Doc. 1] |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 20, 2017, Plaintiff Lavelle Woodall filed a complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his application for a period of disability, disability insurance benefits, and supplemental security income.[1] The Court referred the matter to Magistrate Judge David A. Ruiz.

On June 11, 2018, Magistrate Judge Ruiz issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's final decision.[2] Objections to that R&R were due by June 25, 2018. Plaintiff Woodall filed no objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[3] Failure to timely object waives a party's right to appeal the Magistrate Judge's R&R.[4] So, where a party does not object to the R&R, a district court may adopt it without review.[5]

---

[1] Doc. 1; Doc. 14 at 1.
[2] *Id*.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[5] *See Thomas*, 474 U.S. at 149–50.

Case No. 1:17-cv-1289
Gwin, J.

Accordingly, in light of Plaintiff Woodall's decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Ruiz's R&R, incorporates it as if fully restated herein, and **AFFIRMS** the Commissioner's denial of benefits.

IT IS SO ORDERED.

Dated: June 26, 2018 *s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE